**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN QUINTANA, Derivatively on Behalf of SELECTQUOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD HAWKS III, TIMOTHY DANKER, EARL DEVANNY III, DENISE DEVINE, RAYMOND WELDON, KAVITA PATEL, SRDJAN VUKOVIC, CHRISTOPHER WOLFE, RYAN CLEMENT, RAFFAELE SADUN, and ROBERT GRANT, <br><br> Defendants, <br><br> -and- <br><br> SELECTQUOTE, INC., <br><br> Nominal Defendant. | Case No. 1:26-cv-01426-JLR |

**REQUEST AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rules 41(a) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Martin Quintana ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice against the Individual Defendants and nominal defendant SelectQuote, Inc. ("SelectQuote" and with Individual Defendants, "Defendants" and with Plaintiff, the "Parties"). In support thereof, Plaintiff states as follows:

1

WHEREAS, Plaintiff commenced the above-captioned shareholder derivative action (the "Action") on behalf nominal defendant SelectQuote on February 19, 2026 (Dkt. No. 1);

WHEREAS, Plaintiff has determined to voluntarily dismiss the Action in order to pursue his remedies under Delaware State Law, including to make a litigation demand on the Company;

WHEREAS, Defendants have not appeared in the Action and have neither filed an answer nor a motion for summary judgment in the Action, thus dismissal under Fed. R. Civ. P. 41(a) is appropriate; and

WHEREAS, notice of the voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or SelectQuote shareholders to pursue claims; and (v) other shareholders have filed related derivative actions on behalf of SelectQuote pending in this Court including *Rozel v. Hawks III, et al.,* Case No. 1:26-cv-00801-JLR (S.D.N.Y.), *Scotto v. Danker, et al.,* Case No. 1:26-cv-01999-JLR (S.D.N.Y.), and *Kelly v. Danker, et al.,* Case No. 1:26-cv-02000-JLR (S.D.N.Y.).

NOW THEREFORE, Plaintiff respectfully requests pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), that:

1. The Action be dismissed without prejudice.

2. The Parties shall bear their own attorneys' fees, costs, and expenses in relation to the Action.

3. For the reasons stated above, no notice of the dismissal is required under Rule 23.1(c).

Dated: April 20, 2026                                      Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

Dated: _____April 21_____, 2026

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

3